

# Fourth Court of Appeals
## San Antonio, Texas

October 24, 2014

No. 04-13-00569-CR

Kristi Rene **NIX**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. B11614
Honorable M. Rex Emerson, Judge Presiding

# O R D E R

The Appellant's motion for extension of time to file the pro se brief is GRANTED IN PART. Time is extended to November 6, 2014. **No further extensions will be considered by the court.**

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of October, 2014.

_____
Keith E. Hottle
Clerk of Court